**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Kimberly A. Ellis

*Name(s) of Plaintiff or Plaintiffs*

-vs-

Angels in your home

*Name of Defendant or Defendants*

FILED
MAR 2 0 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

**Jury Trial Demanded: Yes_____ No_____**

**DISCRIMINATION COMPLAINT**
**23** -CV- **6165   FPG**

You should attach a copy of your **original  Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

**X**  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
> **NOTE**:  In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE**:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

**X**  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:**  In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_X_     New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1.     My address is: _199 mosley rd Rochester NY 14614_

My telephone number is: _585 734 2192_

2.     The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: _Angels In your home_

Number of employees: _100+ (unknown)_

Address: _1495 Lake Avenue Roch NY 14615_

3.     (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _David J Wegman (Also worked for Assisted living In Hilltop NY for staff relief._

Address: _125 Indigo Creek DR. FL 2 Roch NY 14626_

**CLAIMS**

4.     I was first employed by the defendant on (date): _10/18/2021_

2

5.  As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
    (Harassment started early on by Christmas)
    False accusations, sexual obscenities)
    written up for (1)absence) In addition to mileage declined to provide location to = Made to follow special task list

6.  As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any x-mas party did): January went out with Covid(+) test result sent home from work (+); forced to come Back prior to healing note Requested for Return fired the day of my Return ē DR Note held my last payroll, check paid me out over 1mo fired ṭṭ working ఱ

7.  I believe that the defendant(s) →later (paid by personal) check ఱ had to fight for my disability pay (over 10 days out with Covid )

    a. _____    Are still committing these acts against me. —
    b. _X_    Are not still committing these acts against me.
    (Complete this next item only if you checked "b" above)   The last discriminatory act against me occurred on (date) _____

8.  (Complete this section only if you filed a complaint with the New York State Division of Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is
    5/1/23   Please see attached started immediately after
    _ (estimate the date, if necessary) termination (Complient)

    I filed that complaint in (identify the city and state): Buffalo NY EEOC office
    _____

    The Complaint Number was: 220304 -000734

9.  The New York State Human Rights Commission did __X__ /did not _____ issue a decision. (NOTE: If it did issue a decision, you must attach one copy of the decision to each copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: Started process in jan 2021

11. The Equal Employment Opportunity Commission did __X__ /did not _____ issue a decision. (NOTE: If it did issue a decision, you must attach one copy of the decision to each copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _1/24/23_. (NOTE: If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

a. _____ Failure to provide me with reasonable accommodations to the application process

b. __X__ Failure to employ me

c. __X__ Termination of my employment

d. _____ Failure to promote me

e. __X__ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. __X__ Harassment on the basis of unequal terms and conditions of my employment

h. __X__ Retaliation because I complained about discrimination or harassment directed toward me

i. __X__ Retaliation because I complained about discrimination or harassment directed toward others

j. _____ Other actions (please describe) _Wrongful termination_ _Medical Causing loss to my PTO_ _Sexual Harassment/misconduct unequal_ _treatment w/Harrassment / Withholding pay._ _falsifying, Attendance / Paperwork / Accusations, Falsifying_

14. Defendant's conduct is discriminatory with respect to which of the following (check all _my disability (work placed my_ _In @ Risk)_ that apply):

a. _____ Race

b. _____ Color

c. _____ Sex

d. _____ Religion

e. _____ National Origin

f. __X__ Sexual Harassment

g. _____ Age

_____ Date of birth

h. __X__ Disability
Are you incorrectly perceived as being disabled by your employer? _(Covid from_ _Work)_
__X__ yes ___ no

15. I believe that I was __X__/was not _____ **intentionally** discriminated against by the defendant(s).

4

16.   I believe that the defendant(s) is/are _____ is not/are not __X__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

_____

17.   **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim. (NOTE:  You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the Equal Employment Opportunity Commission affidavit to this complaint; failure to do so will delay initiation of your case.)**

18.   The Equal Employment Opportunity Commission *(check one)*:
      _____ **has not** issued a Right to sue letter
      __X__ **has** issued a Right to sue letter, which I received on _____1/24/23_____ (In the Mail)

19.   State here as briefly as possible the *facts* of your case.  Describe how each defendant is involved, including *dates* and *places*.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need.  Attach extra sheets if necessary.)*

See Attached;

_____

_____

_____

_____

_____

_____

_____

_____

_____

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
      _____ 60 days or more have elapsed      _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.   I first disclosed my disability to my employer (or my employer first became aware of my disability on _____January 2021 (text to prove) tested (+) @work Sent by work for official testing (walgreens) then told to complete, state/county isolation paperwork (Via text) as I did)

22. The date on which I first asked my employer for reasonable accommodation of my disability is _the day they sent me home and after being pushed to return to early for my healing was told everyone else got it & refused in 5 days why couldn't I_

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _∅ I was termed on my expected day of Return (All acess to Account(s) were termed on that Friday morning, prior to my expected return. (thursday Advised to Bring in Work Equip° when I return)_

24. The reasonable accommodation provided to me by my employer were _____/were not _X_ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _3/20/23_                    _____

                                        Plaintiff's Signature

6